# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1652
L.T. Case No. 2022-102734-CFDL

_____

LOGAN GENE THOMPSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County,
Randell H. Rowe, III, Judge.

Matthew Metz, Public Defender, and Allison A. Havens, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alison K.
Morris, Assistant Attorney General, Daytona Beach, for Appellee.

August 13, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, JAY, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____